IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


MICHAEL J. FARRELL,

    Petitioner,

v.                                                 CASE NO. 5:09cv85-RH/AK

WARDEN CULPEPPER,

    Respondent.

_____/


## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 10) and the objections (document 12). I have reviewed *de novo* the issues raised by the objections.

The petitioner seeks relief under 28 U.S.C. § 2254 from a state-court conviction. The conviction was affirmed on direct appeal in 2002. The petitioner filed various state-court challenges, but the report and recommendation concludes, and the record indicates, that no state-court challenges were pending for a period of more than two years ending in 2007. In his objections to the report and recommendation, the petitioner does not assert otherwise.

The petition thus is plainly barred by the one-year statute of limitations. In

his objections, the petitioner invokes equitable tolling, but he alleges no facts that provide the slightest support for the claim. Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is DENIED with prejudice as untimely."  The clerk must close the file.

    SO ORDERED on May 19, 2009.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge